# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ST. ISIDORE RESEARCH, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 2:15-CV-1390-JRG-RSP |
| | § | |
| COMERICA INCORPORATED & | § | |
| COMERICA BANK, | § | |
| | § | |
| Defendants. | § | |
| ──────────────────────────── | § | |
| | § | |
| v. | § | No. 2:15-CV-1392-JRG-RSP |
| | § | |
| LEGACYTEXAS GROUP, INC., | § | |
| LEGACYTEXAS BANK, and | § | |
| VIEWPOINT BANK, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

The above entitled and numbered civil actions were referred to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. Now before the Court is the Report and Recommendation (Dkt. No. 184 in No. 2:15-CV-1390) of Magistrate Judge Payne, which recommends that LegacyTexas Bank be dismissed without prejudice and these cases be closed. No party has objected the Report and Recommendation.

The Court has reviewed Magistrate Judge Payne's Report and Recommendation and concludes it is correct. **IT IS THEREFORE ORDERED** that the Report and Recommendation (Dkt.

No. 184) is **ADOPTED**, and LegacyTexas Bank is **DISMISSED WITHOUT PREJUDICE**. The Court further **ORDERS** the District Clerk to close these cases.

**So ORDERED and SIGNED this 20th day of November, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE